# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Joel Lee Reece         BK NO. 20-02293 HWV
     Carolyn Sue Reece

           Debtor(s)        Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

           Respectfully submitted,

/s/ James C. Warmbrodt
_____
James Warmbrodt
25 Aug 2020, 16:38:03, EDT

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        215-627-1322

Case 1:20-bk-02293-HWV    Doc 17    Filed 08/26/20    Entered 08/26/20 14:12:30    Desc
Main Document     Page 1 of 1
Document ID: 8869c697035c6d76b49ef4aefae955d47d9edc39d0f6a57c4c91b...