

P.O. Box 108
Saint Louis, Missouri 63166-0108

August 27, 2020

Clerk of Courts – Bankruptcy

U.S. Bankruptcy Court
Middle District of Pennsylvania
228 Walnut Street, Ste. A
Harrisburg, PA 17101

RE: Joel Lee Reece
Carolyn Sue Reece

Case Number: 20-02293

To Whom It May Concern:

Please withdraw the Proof of Claim for Elan Financial Services entered as claim # 5 on the claims register in the above referenced case.

Sincerely,

Gwen E. Noel
Paralegal
U.S. Bank National Association
855-837-1614

Certificate of Service:

The undersigned hereby certifies that a true and accurate copy of the above notice of withdrawal was electronically mailed or sent via U.S. Mail on August 27, 2020 to the parties shown below.

   /s/ Gwen Elizabeth Noel
       Gwen E. Noel

Attorney: Kara Katherine Gendron
           125 State St.
           Harrisburg, PA 17101

Trustee: Charles J. DeHart, III
           8125 Adams St., Ste. A
           Hummelstown, PA 17036

BK125