```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                        Case No. 20-02293-HWV
Joel Lee Reece                                                Chapter 13
Carolyn Sue Reece
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke               Page 1 of 2              Date Rcvd: Sep 03, 2020
                              Form ID: ntcnfhrg             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
db/jdb        +Joel Lee Reece,   Carolyn Sue Reece,   623 Mohawk Road,   Newville, PA 17241-9741
5348068        ALLY FINANCIAL INC,   ATT CEO JEFFREY J BROWN,   ALLY DETROIT CENTER,   DETROIT, MI 48226
5348070        CB/KAY,   BANKRUPTCY NOTICES,   PO BOX 182125,   COLUMBUS, OH 43218-2125
5348071        CB/LLBEAN,   BK NOTICES,   PO BOX 182125,   COLUMBUS, OH 43218-2125
5348076       +FORD MOTOR CREDIT CO,   NATIONAL BANKRUPTCY SVC CTR,   ONE AMERICAN ROAD,
                DEARBORN, MI 48126-2701
5352453      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company, LLC,   Dept. 55953,   PO Box 55000,
                Detroit, MI.  48255-0953)
5355895       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
5348081        REPUBLIC BANK & TRUST CO,   BILLING & CORRESPONDENCE,   PO BOX 927830,
                SAN DIEGO, CA 92192-7830
5348082       +ROUNDPOINT MORTGAGE SERVICING CORP,   5032 PARKWAY PLAZA BLVD,   SUITE 200,
                CHARLOTTE, NC 28217-1934
5356629       +RoundPoint Mortgage Servicing Corporation,   446 Wrenplace Road,   Fort Mill, SC 29715-0200
5348089       +TD BANK USA/TARGETCREDIT,   3701 WAYZATA BLVD #MS6C,   MINNEAPOLIS, MN 55416-3440
5348090        THD/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
5348091       +TRAC/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
5354612      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank National Association,   Bankruptcy Department,
                PO Box 108,   Saint Louis MO 63166-0108)
5348095       +VA MORTGAGE GUARANTEE,   DEPT VETS AFFAIRS, REGIONAL LOAN CENTER,   1240 EAST NINTH STREET,
                CLEVELAND, OH 44199-9904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 03 2020 19:41:47
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5350117        E-mail/Text: ally@ebn.phinsolutions.com Sep 03 2020 19:29:27    Ally Bank,   PO Box 130424,
                Roseville, MN  55113-0004
5348069        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 03 2020 19:41:26
                CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
5348072        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 03 2020 19:29:37    CB/PIER1,   BK NOTICES,
                PO BOX 182125,   COLUMBUS, OH 43218-2125
5348073        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 03 2020 19:29:37    CB/VICSCRT,
                ATTN: BANKRUPTCY NOTICES,   PO BOX 182125,   COLUMBUS, OH 43218-2125
5348074       +E-mail/Text: dehartstaff@pamd13trustee.com Sep 03 2020 19:29:46    CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
5348075        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2020 19:29:40    COMM OF PA DEPT OF REVENUE,
                BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17128-0946
5350752        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 03 2020 19:41:26
                Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
5348092        E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Sep 03 2020 19:29:28
                UNEMP COMP OVERPAYMENT MATTERS,   DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121
5348077        E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 03 2020 19:29:32    INTERNAL REVENUE SERVICE - CIO,
                PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5348079        E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 03 2020 19:41:11    JPMCB CARD,
                PO BOX 15369,   WILMINGTON, DE 19850
5348080       +E-mail/Text: PBNCNotifications@peritusservices.com Sep 03 2020 19:29:30    KOHLS/CAPONE,
                COLLECTION DEPARTMENT,   PO BOX 3084,   MILWAUKEE, WI 53201-3084
5348083       +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 19:41:41    SYNCB/AMAZON,   PO BOX 965015,
                ORLANDO, FL 32896-5015
5348084        E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 19:41:09    SYNCB/JCP,   BK NOTICES,
                PO BOX 965060,   ORLANDO, FL 32896-5060
5348085        E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 19:41:41    SYNCB/LOWES,   PO BOX 965004,
                ORLANDO, FL 32896-5004
5348086       +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 19:41:42    SYNCB/OLD NAVY,   PO BOX 965005,
                ORLANDO, FL 32896-5005
5348087       +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 19:41:09    SYNCB/PPC,   PO BOX 965015,
                ORLANDO, FL 32896-5015
5348088       +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 19:41:42    SYNCB/PPMC,   PO BOX 965005,
                ORLANDO, FL 32896-5005
5348652       +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 19:41:41    Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5348093       +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Sep 03 2020 19:29:28    UNEMPL COMP TAX MATTERS,
                HARRISBURG CASES L&I OFF CHIEF COUNSEL,   651 BOAS STREET 10TH FLOOR,
                HARRISBURG, PA 17121-0751
                                                                                             TOTAL: 20
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              U.S.Bank National Association dba Elan Financial S
5348078*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5348094*       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US BANK,    BANKRUPTCY DEPT,    PO BOX 5229,    CINCINNATI, OH 45201)
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron     on behalf of Debtor 1 Joel Lee Reece karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron     on behalf of Debtor 2 Carolyn Sue Reece karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joel Lee Reece, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:20−bk−02293−HWV |
| Carolyn Sue Reece, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 7, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 14, 2020 <br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 3, 2020 |

ntcnfhrg (03/18)