UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOEL LEE REECE and : CHAPTER 13
CAROLYN SUE REECE :
    Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
:
vs. :
:
JOEL LEE REECE and :
CAROLYN SUE REECE :
    Respondent(s) : CASE NO. 1-20-bk-02293

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 12th day of January, 2021, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about September 9, 2020 be withdrawn, as all issues have been resolved.

    Respectfully submitted:

    /s/Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 12th day of January, 2021, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA 17101

    /s/Deborah A. Behney
    Office of Charles J. DeHart, III
    Standing Chapter 13 Trustee