# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
Website:  http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax:  (717) 232-0477 |

June 17, 2024

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:   Joel Lee Reece & Carolyn Sue Reece
      BANKRUPTCY CASE NO:1:20-bk-02293

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

ALLY BANK
P O BOX 130424
ROSEVILLE, MN  55113-0004

to:

ALLY BANK
4515 N  SANTA FE AVE
OKLAHOMA CITY, OK  73118

Please remove old address from the mailing matrix.

Thank you for your attention to this matter.

Sincerely,

 */s/ Elizabeth Snyder*

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law