UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOEL LEE REECE and CAROLYN SUE REECE<br>    Debtor(s) | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| JOEL LEE REECE and<br>CAROLYN SUE REECE<br>    Respondent(s) | : | CASE NO. 1-20-bk-02293 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 18th day of July, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about June 20, 2024, be withdrawn as all issues have been resolved.

                                      Respectfully submitted:

                                      /s/Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 18th day of July, 2024, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara K. Gendron, Esquire
125 State Street
Harrisburg, PA 17101

/s/Paige Niemond
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee