UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
JOEL LEE REECE
CAROLYN SUE REECE
      DEBTOR

CASE NO. 1:20-bk-02293-HWV
CHAPTER 13

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME: FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE: 04/29/2024

OLD NOTICE ADDRESS: 10500 Kincaid Drive, Suite 300
Fishers, IN 46037-9764

NEW NOTICE ADDRESS: 11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939

OLD PAYMENT ADDRESS: 10500 Kincaid Drive, Suite 300
Fishers, IN 46037-9764

NEW PAYMENT ADDRESS: 11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939

Dated: September 18, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939
Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
JOEL LEE REECE
CAROLYN SUE REECE
      DEBTOR

CASE NO. 1:20-bk-02293-HWV
CHAPTER 13

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

<u>Via First Class Mail:</u>

KARA KATHERINE GENDRON
MOTT & GENDRON LAW
125 State St
Harrisburg PA 17101-1025
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

JOEL LEE REECE
CAROLYN SUE REECE
623 Mohawk Rd
Newville PA 17241-9741
*Debtor*

<u>This 18th Day of September, 2024</u>

                        */s/Lorri Beltz*
                        Lorri Beltz, Vice President, Default
                        Freedom Mortgage Corporation
                        11988 Exit 5 Parkway, Building 4
                        Fishers, IN 46037-7939
                        Telephone: (855) 690-5900