Certificate Number: 13858-PAM-DE-034728955

Bankruptcy Case Number: 20-02293


13858-PAM-DE-034728955

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on August 1, 2020, at 7:02 o'clock PM CDT, Joel Lee Reece completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 1, 2020     By:  /s/Sheila Anderson

     Name:  Sheila Anderson

     Title:  Counselor

Certificate Number: 13858-PAM-DE-034728956

Bankruptcy Case Number: 20-02293



13858-PAM-DE-034728956

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2020, at 7:02 o'clock PM CDT, Carolyn S Reece completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 1, 2020

By: /s/Sheila Anderson

Name: Sheila Anderson

Title: Counselor