United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02293-HWV |
| Joel Lee Reece | Chapter 13 |
| Carolyn Sue Reece | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Sep 18, 2025 | Form ID: 3180W | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joel Lee Reece, Carolyn Sue Reece, 623 Mohawk Road, Newville, PA 17241-9741 |
| 5348068 | | ALLY FINANCIAL INC, ATT CEO JEFFREY J BROWN, ALLY DETROIT CENTER, DETROIT, MI 48226 |
| 5348071 | | CB/LLBEAN, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5419984 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5348095 | + | VA MORTGAGE GUARANTEE, DEPT VETS AFFAIRS, REGIONAL LOAN CENTER, 1240 EAST NINTH STREET, CLEVELAND, OH 44199-2001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 18 2025 22:37:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 18 2025 18:40:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | EDI: PRA.COM | Sep 18 2025 22:37:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Sep 18 2025 22:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5350117 | + | EDI: AISACG.COM | Sep 18 2025 22:37:00 | ALLY BANK, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 5422964 | + | EDI: AISACG.COM | Sep 18 2025 22:37:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5348069 | | EDI: CAPITALONE.COM | Sep 18 2025 22:37:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5348070 | | EDI: WFNNB.COM | Sep 18 2025 22:37:00 | CB/KAY, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5348072 | | EDI: WFNNB.COM | Sep 18 2025 22:37:00 | CB/PIER1, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5348073 | | EDI: WFNNB.COM | Sep 18 2025 22:37:00 | CB/VICSCRT, ATTN: BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5348075 | | EDI: PENNDEPTREV | Sep 18 2025 22:37:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5350752 | | EDI: CAPITALONE.COM | Sep 18 2025 22:37:00 | Capital One Bank (USA), N.A., by American |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5348092 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 18 2025 18:40:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5348076 | + | Email/Text: EBNBKNOT@ford.com | Sep 18 2025 18:40:00 | FORD MOTOR CREDIT CO, NATIONAL BANKRUPTCY SVC CTR, ONE AMERICAN ROAD, DEARBORN, MI 48126-2701 |
| 5352453 | | Email/Text: EBNBKNOT@ford.com | Sep 18 2025 18:40:00 | Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 5419985 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 18 2025 18:40:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5381183 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 18 2025 18:40:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5348077 | | EDI: IRS.COM | Sep 18 2025 22:37:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5348074 | | Email/Text: info@pamd13trustee.com | Sep 18 2025 18:40:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5348079 | + | EDI: JPMORGANCHASE | Sep 18 2025 22:37:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5355895 | + | Email/Text: RASEBN@raslg.com | Sep 18 2025 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5348080 | + | EDI: CAPITALONE.COM | Sep 18 2025 22:37:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5543529 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 18:55:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543530 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 18:55:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5488097 | | EDI: PRA.COM | Sep 18 2025 22:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5488098 | | EDI: PRA.COM | Sep 18 2025 22:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5361649 | | EDI: PRA.COM | Sep 18 2025 22:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5364052 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 18:55:12 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 5362790 | | EDI: Q3G.COM | Sep 18 2025 22:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5348081 | | Email/Text: distBankruptcyNotice@ClearBalance.org | Sep 18 2025 18:40:00 | REPUBLIC BANK & TRUST CO, BILLING & CORRESPONDENCE, PO BOX 927830, SAN DIEGO, CA 92192-7830 |
| 5348082 | ^ | MEBN | Sep 18 2025 18:37:27 | ROUNDPOINT MORTGAGE SERVICING CORP, 5032 PARKWAY PLAZA BLVD, SUITE 200, CHARLOTTE, NC 28217-1934 |
| 5356629 | | Email/Text: bankruptcy@roundpointmortgage.com | Sep 18 2025 18:40:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 5348083 | + | EDI: SYNC | Sep 18 2025 22:37:00 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5348084 | | EDI: SYNC | Sep 18 2025 22:37:00 | SYNCB/JCP, BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5348085 | | EDI: SYNC | Sep 18 2025 22:37:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5348086 | + | EDI: SYNC | Sep 18 2025 22:37:00 | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5348087 | + | EDI: SYNC | Sep 18 2025 22:37:00 | SYNCB/PPC, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5348088 | + | EDI: SYNC | Sep 18 2025 22:37:00 | SYNCB/PPMC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5348652 | ^ | MEBN | Sep 18 2025 18:37:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5348089 | + | EDI: WTRRNBANK.COM | Sep 18 2025 22:37:00 | TD BANK USA/TARGETCREDIT, 3701 WAYZATA BLVD #MS6C, MINNEAPOLIS, MN 55416-3440 |
| 5361451 | + | Email/Text: bncmail@w-legal.com | Sep 18 2025 18:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5348090 | | EDI: CITICORP | Sep 18 2025 22:37:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5348091 | + | EDI: CITICORP | Sep 18 2025 22:37:00 | TRAC/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5348093 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 18 2025 18:40:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5354612 | | EDI: USBANKARS.COM | Sep 18 2025 22:37:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5348094 | | EDI: USBANKARS.COM | Sep 18 2025 22:37:00 | US BANK, BANKRUPTCY DEPT, PO BOX 5229, CINCINNATI, OH 45201 |
| 5361025 | | EDI: AIS.COM | Sep 18 2025 22:37:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S.Bank National Association dba Elan Financial S |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5381184 | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5348078 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5363624 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Joel Lee Reece DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 2 Carolyn Sue Reece DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Joel Lee Reece karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 2 Carolyn Sue Reece karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Joel Lee Reece (First Name Middle Name Last Name) | | Social Security number or ITIN: xxx–xx–3576<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Carolyn Sue Reece (First Name Middle Name Last Name) | | Social Security number or ITIN: xxx–xx–3824<br>EIN: __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: 1:20-bk-02293-HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joel Lee Reece          Carolyn Sue Reece

**By the court:** /s/ Henry W. Van Eck

9/18/25

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2